IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN EUGENE RHEA,<br><br>    Defendant/Judgment Debtor.<br><br><br>J.P. MORGAN CHASE BANK, N.A., formerly known as WAMU, also known as WASHINGTON MUTUAL, INC.<br><br>    Garnishee. | Miscellaneous No.: 2:09-MC-00067 JAM DAD<br><br>(08CR00338-01LKK)<br><br><br><br><br><br>ORDER TO GARNISHEE TO PAY WRIT |

   The Garnishee herein, J.P. MORGAN CHASE BANK, NA, is hereby ordered to pay to the Clerk of this Court the sum of **$369.12** in United States currency, certified funds, or cashier's check.

   If paid other than in United States currency, the check or certified funds instrument must be made payable to the *Clerk of the United States District Court*. If paying by monetary instrument, the face of said instrument must show that the payment is in response to a writ of garnishment issued to enforce the restitution order entered against *Kevin E. Rhea, Criminal Case Number 2: 08-CR-00338-01LKK*. If paying in United States' currency, the transmittal document must indicate that the payment is in response to a writ of garnishment issued to enforce the restitution order entered against *Kevin E. Rhea in Criminal Case Number 2: 08-CR-00338-01LKK*.

1      The Garnishee shall cause said sum to be delivered to the Clerk of the United States District
2 Court, whose address is Robert Matsui District Courthouse, 501 I Street, Room 4-200, Sacramento,
3 CA  95814.
4      IT IS SO ORDERED.
5 DATED: September 3, 2009.

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10 Ddad1/orders.civil/rhea0067.ord